UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No.  07-cr-115  (PGS) |
| Plaintiff, : | |
| v. : | O R D E R |
| LEON JOHNSON . : | |
| Defendant. : | |

WHEREAS this matter having come before the Court on a letter request from Mr. Johnson seeking a reduction to his sentence; and

WHEREAS the attorney for Mr. Johnson (Henry E. Klingerman, Esq.) reviewed Mr. Johnson's request, and advised that Mr. Johnson is not entitled to a reduction due to an amendment of USSG § 2D 1.1

NOT THEREFORE, it is on this 25th day of May, 2011

ORDERED that Mr. Johnson's request for a sentence reduction is denied.

_____
PETER G. SHERIDAN, U.S.D.J.